UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TROY E. SALMON,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SKAGIT COUNTY COMMUNITY JUSTICE CENTER, *et al.*,<br><br>　　　　　　　　　　Defendants. | CASE NO. C23-670-DGE-MLP<br><br>REPORT AND RECOMMENDATION |

　　　　This is a civil rights action brought under 42 U.S.C. § 1983. Plaintiff submitted a prisoner civil rights complaint to this Court for filing on May 5, 2023, and subsequently submitted an application to proceed with this action *in forma pauperis* ("IFP"). (*See* dkt. ## 1, 4.) At the time Plaintiff initiated this action, he was confined at the Skagit County Community Justice Center ("SCCJC") in Mount Vernon, Washington. (*See id*.) Plaintiff alleged in his complaint that the grievance process at the SCCJC was ineffectual and provided no recourse for prisoners. (*See* dkt. # 6 at 4-5.)

　　　　On May 30, 2023, the Court issued an Order granting Plaintiff's application for leave to proceed IFP and an Order declining to serve Plaintiff's complaint and granting him leave to amend. (Dkt. ## 5, 7.) Copies of those Orders were mailed to Plaintiff at his address of record,

REPORT AND RECOMMENDATION - 1

the SCCJC, but were returned to the Court on June 15, 2023, with a notation indicating that Plaintiff was no longer in custody. (*See* dkt. # 10.) To date, Plaintiff has not provided the Court with an updated address.

Because sixty days have passed since mail directed to Plaintiff at his address of record was returned by the post office, and because Plaintiff has not notified the Court of his current address, this action should be dismissed without prejudice, pursuant to Local Civil Rule ("LCR") 41(b)(2), for failure to prosecute. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **September 8, 2023**.

DATED this 15th day of August, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2