1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7   TROY E. SALMON,

8                                    Plaintiff,            Case No. C23-670-KKE

9          v.

10  SKAGIT COUNTY COMMUNITY JUSTICE        ORDER DISMISSING ACTION
    CENTER, *et al*.,

11

12                                   Defendants.

13          The Court, having reviewed the Report and Recommendation of the Honorable Michelle

14  L. Peterson, United States Magistrate Judge, and the remaining record, hereby ORDERS:

15          (1)     The Report and Recommendation is approved and adopted.

16          (2)     This action is DISMISSED without prejudice, pursuant to LCR 41(b)(2), for

17  failure to prosecute.

18          (3)     The Clerk is directed to send copies of this Order to Plaintiff at his last known

19  address, and to Judge Peterson.

20          DATED this 15th day of September, 2023.

21

22

23

                                        Kymberly K. Evanson
                                        United States District Judge

ORDER DISMISSING ACTION - 1